

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00256-CV

## IN THE MATTER OF THE MARRIAGE OF
## JAMES ROY VAUGHN IV AND AMBER VAUGHN
## AND IN THE INTEREST OF
## J.R.V.V., S.M.E.V., AND C.A.V., CHILDREN

### From the 369th District Court
### Leon County, Texas
### Trial Court No. CV20-0222

## MEMORANDUM  OPINION

Appellant James Roy Vaughn IV, acting *pro se*, attempts to appeal from a "Temporary Ex Parte Protective Order and Order Setting Hearing," signed by the trial court on August 27, 2021.[1]  This Court, however, has no jurisdiction to hear an appeal from a judgment that is not final, unless there is specific statutory authority permitting an appeal before final judgment.  *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.012.  It appears that none of the exceptions to the rule that only final judgments can be appealed

---

[1] The temporary ex parte order has been extended.

applies in this case. *See id.* § 51.014 (listing interlocutory orders that may be appealed before final judgment is rendered in the case); TEX. FAM. CODE ANN. § 81.009.

On October 12, 2021, we issued an order notifying the parties that the Court may dismiss this appeal unless, within ten days of the date of the order, a response was filed showing grounds for continuing the appeal. No response showing grounds for continuing the appeal has been filed. Accordingly, this appeal is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. *Id.* R. 12.1(b); *see id.* R. 5. But Appellant filed a Statement of Inability to Afford Payment of Court Costs in this appeal on October 5, 2021. We conclude that Appellant is not required to pay costs in this appeal. *See id.* R. 20.1(a) (defining "costs" as "filing fees charged by the appellate court").

MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Dismissed
Opinion delivered and filed October 27, 2021
[CV06]

